UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:15-cv-2646 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| S.W. THOMAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 17, 2016, the court granted plaintiff sixty days to file an amended complaint.  (ECF No. 13.)  Pending before the court are several motions filed by plaintiff regarding the filing of the amended complaint.

On March 3, 2016, plaintiff filed a motion alleging that he could not prepare his amended complaint because he did not have access to pens and pen fillers.  (ECF No. 14.)  On March 15, 2016, the undersigned directed the Warden at California State Prison-Sacramento ("CSP-Sac") to file a status report addressing plaintiff's access to pen fillers or other writing instruments.  (ECF No. 15.)

On March 25, 2016, the CSP-Sac Warden filed a response to the March 15, 2016 order.  (ECF No. 18.)  This response states that plaintiff has received more pen fillers and has adequate access to pen fillers.  (Id.)  Good cause appearing, plaintiff's March 3, 2016 motion for pen

1

fillers is denied.

On March 23, 2016, plaintiff filed a motion for injunctive relief. (ECF No. 17.) In this motion, plaintiff alleges that he gave his amended complaint to the law librarian so that copies of it could be made. Plaintiff alleges that the law library lost the amended complaint. On March 28, 2016, plaintiff filed a motion requesting an extension of time to file his amended complaint. (ECF No. 19.) Plaintiff alleges that the law library has his amended complaint, but did not make sufficient copies because of a page limit for copies. Plaintiff alleges that he will have to wait for one week to receive adequate copies of his amended complaint.

Good cause appearing, plaintiff's March 23, 2016 motion for injunctive relief is denied as moot because the law library did not lose the amended complaint. Good cause appearing, plaintiff is granted thirty days from the date of this order to file his amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for pen fillers (ECF No. 14) and for injunctive relief (ECF No. 17) are denied;

2. Plaintiff's motion for an extension of time (ECF No. 19) is granted; plaintiff is granted thirty days from the date of this order to file his amended complaint.

Dated: April 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Perr2646.or