UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PERRYMAN,

    Plaintiff,

  v.

M.S. THOMAS, et al.,

    Defendants.

No. 2: 15-cv-2646 JAM KJN P

ORDER

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2016, the court dismissed this action. (ECF No. 39.) On August 24, 2016, plaintiff filed a motion for reconsideration of the August 11, 2016 order. (ECF No. 41.) The court construes plaintiff's motion for reconsideration as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60. For the following reasons, plaintiff's motion for relief from judgment is denied.

    In the August 11, 2016 order, the undersigned adopted the magistrate judge's findings and recommendations filed April 22, 2016. In the pending motion, plaintiff alleges that the August 11, 2016 fails to state that plaintiff filed objections to the findings and recommendations.

    The August 11, 2016 order states that "[p]laintiff has filed objections to the findings and recommendations." (ECF No. 39 at 1: 22-23.) Accordingly, plaintiff's claim that the August 11, 2016 order does not reflect that he filed objections is without merit.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF
2  No. 41), construed as a motion for relief from judgment pursuant to Federal Rule of Civil
3  Procedure 60(b), is denied.
4  DATED: September 23, 2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE